# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**HAROLD GOODSON HILL,**<br><br>Defendant. | **CR 21-19-GF-BMM**<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. §§ 981(a)(1)(C), (a)(2)(A), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on July 6, 2021. (Doc. 24).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Docs. 26, 26-1).

1

4. Attachment A to the United States' Motion for Final Order of Forfeiture identifies each item to be forfeited. It further identifies in "Property Ownership" the proper owner for each asset to be forfeited, if such owner could be determined. Property identified for specific owners in Attachment A should be returned to those owners.

5. It therefore appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. §§ 981(a)(1)(C), (a)(2)(A), 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the property listed in Attachment A shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. §§ 981(a)(1)(C), (a)(2)(A), 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure against the Defendant, Harold Goodson Hill. If property in Attachment A notes a proper owner of an asset in the column titled "Property Ownership," the United States shall return this property to the identified owner. If property in Attachment A notes "unknown" in the "Property Ownership" column, such property shall become property of the United States free from the claims of any other party. The United States shall have full and legal title to the

forfeited property noted as "unknown" in Attachment A and may dispose of it in accordance with law.

THAT Attachment A shall become an attachment to this Order.

DATED this 27th day of September 2021.

_____
Brian Morris, Chief District Judge
United States District Court